## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOAN CICCHIELLO,            :    No. 1:23-CV-0540
         **Plaintiff**      :
                      :    (Judge Munley)
    **v.**                    :
                      :
**DAUPHIN COUNTY PRISON, *et al.*,**  :
        **Defendants**    :

## ORDER

**AND NOW**, in accordance with the accompanying Memorandum, **IT IS**

**ORDERED THAT**:

1. Defendants' motion for summary judgment as to the issue of failure to exhaust administrative remedies is **GRANTED**.

2. The Clerk of Court is directed to enter judgment in favor of Defendants and against Plaintiff Joan Cicchiello as to all claims.

3. The Clerk of Court is further directed to CLOSE this case.

Date: _1/26/24_

BY THE COURT:

**JUDGE JULIA K. MUNLEY**
**United States District Court**